United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ADRIANA GEROLD,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN J. O'MALLEY, Commissioner of Social Security,<br><br>    Defendant. | Case No. 4:23-cv-06617-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Susan Illston for consideration of whether the case is related to *Gerold v. Kijakazi*, 21-cv-02217-SI.

**IT IS SO ORDERED.**

Dated: September 25, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge